United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 16-16452-pmm
Komlan Touglo Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Apr 02, 2024      Form ID: 195      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Komlan Touglo, 6534 Cobbs Creek Parkway, Philadelphia, PA 19142-1318 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 04, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:

**Name**      **Email Address**

ANGELA CATHERINE PATTISON
     on behalf of Creditor Wilmington Savings Fund Society  FSB, As Trustee of Quercus Mortgage Investment Trust apattison@hillwallack.com, apattison@ecf.courtdrive.com

JEROME B. BLANK
     on behalf of Creditor Jpmorgan Chase Bank  N.A. S/B/M Chase Home Finance LLC Etal jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK
     on behalf of Creditor Carrington Mortgage Services  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK
     on behalf of Creditor JPMorgan Chase Bank  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
     on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 02, 2024 | Form ID: 195 | Total Noticed: 1 |

ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON

on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

MICHAEL A. CATALDO

on behalf of Plaintiff Komlan Touglo mcataldo@gsbblaw.com bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

MICHAEL A. CIBIK

on behalf of Debtor Komlan Touglo help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL J. SHAVEL

on behalf of Creditor Wilmington Savings Fund Society  FSB, As Trustee of Quercus Mortgage Investment Trust mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

MICHAEL J. SHAVEL

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY et al... mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Komlan Touglo                                                  : Case No. 16−16452−pmm

    Debtor(s)

***ORDER***
_____

AND NOW, this day , April 2, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

88
Form 195